UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK HUNT, )<br>)<br>Movant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 4:06CV1797-SNL |

## ORDER

Pursuant to an accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that Movant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody" is **DENIED**.

After a thorough review of the entire file in this matter, and all of the notes of this Court, the court finds that a certificate of appealability should not be granted to Mark Hunt.

**IT IS FURTHER ORDERED** that defendant should not be granted a Certificate of Appealability.

Dated this  29th  day of June, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE